IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jermeal White,

        Plaintiff(s),

vs.

Warden R. Erdos, et al.,

        Defendant(s).

Case Number: 1:19cv1007

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 20, 2020 a Report and Recommendation (Doc. 7). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 10).

The Magistrate Judge also filed a Report and Recommendation on March 4, 2020 (Doc. 9) and plaintiff filed his objections on March 19, 2020 (Doc. 11).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, plaintiff's complaint is DISMISSED with prejudice pursuant to 28 U.S.C. §§1915(e)(2)(B) and 1915A(b)(1) with the exception of plaintiff's eighth amendment claims against defendant Davis and the unidentified John Doe officers in their individual capacities.

It is further ORDERED that plaintiff's motion for preliminary injunction/temporary restraining order (Doc. 8) is DENIED.

IT IS SO ORDERED.

                                                Judge Susan J. Dlott
                                                United States District Court