IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jermeal White,

    Plaintiff(s),

vs.

Warden Ron Erdos,

    Defendant(s).

Case Number: 1:19cv1007

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on December 28, 2020 a Report and Recommendation (Doc. 30). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 31) and defendants filed a reply (Doc. 32).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, it is ORDERED that defendant's motion to dismiss (Doc. 18) is GRANTED. All claims against Defendant Cynthia Davis are DISMISSED.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court